**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
WESCO INSURANCE COMPANY, :
:
                          Plaintiff, :        No. 18-CV-2476 (ALC) (OTW)
:
     -against- :        **ORDER**
:
ELECTROLUX HOME PRODUCTS INC. and :
ELECTROLUX NORTH AMERICA, INC., :
:
                       Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On December 23, 2019, the Court ordered the parties to submit a joint status letter by January 21, 2020, which shall include the parties' proposed new expert discovery deadline. (ECF 40). To date, no status letter has been filed. Accordingly, the parties shall file the joint status letter by **close of business, Friday, January 24, 2020**.

     **SO ORDERED.**

                                                           *s/ Ona T. Wang*
Dated: January 23, 2020                                    **Ona T. Wang**
       New York, New York                     United States Magistrate Judge