```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
WESCO INSURANCE COMPANY,                                    :
                                                            :
                              Plaintiff,                    :    No. 18-CV-2476 (ALC) (OTW)
                                                            :
              -against-                                     :    **ORDER**
                                                            :
ELECTROLUX HOME PRODUCTS INC. and                           :
ELECTROLUX NORTH AMERICA, INC.,                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Pre-Settlement Conference Telephone Call on January 28, 2020. All expert discovery shall be completed by **April 27, 2020**. The parties shall meet and confer and by **April 27, 2020**, file a joint status letter including whether the parties consent to magistrate judge jurisdiction for all purposes and whether a settlement conference with the Court would be helpful at that time.

**SO ORDERED.**

Dated: January 28, 2020  
       New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge