**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
WESCO INSURANCE COMPANY,

                    Plaintiff,                    18-cv-2476 (ALC) (OTW)

       -against-                        <u>**ORDER**</u>

ELECTROLUX HOME PRODUCTS INC,

                    Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, October 28, 2021 at 11:00 a.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. Parties shall submit a joint status letter on August 29, 2021.

      **SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: August 4, 2021                                **Ona T. Wang**
       New York, New York                 United States Magistrate Judge