

**SHEPS LAW GROUP**
*Attorneys at Law*

25 High Street ▪ Huntington, New York 11743
ph: (631) 249-5600 ▪ fax (631) 249-5613

**MEMO ENDORSED**

October 27, 2021

**Via ECF**
Hon. Ona T. Wang
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Wesco Insurance Co a/s/o Parc West Condominium*
                 *v. Electrolux, et. al.*
                 Index No.: 1:18-cv-2476

Dear Magistrate Wang:

Please allow this correspondence to serve as a joint status letter and adjournment request of the October 28th in-person conference.

The parties conducted a mediation before Southern District mediator Philip Graham on Monday October 25th. This was our second mediation session and first post expert depositions. The case did not resolve on Monday, however both sides agreed to entertain a mediator's recommended settlement amount. Yesterday afternoon, Mr. Graham provided his recommendation.

The settlement recommendation is being reviewed by our respective clients as the number is outside the current settlement authority for both parties, though within a range that may prove more acceptable to both parties. We would respectfully ask for a two (2) or three (3) week adjournment of tomorrow's conference as there is a possibility the appearance will be moot by that time.

Alternatively, if the Court prefers an appearance tomorrow, we kindly ask that the appearance be conducted telephonically. Both sides are engaged in depositions and would take a break in order to appear before Your Honor for the appearance.

We apologize for the late request. Both sides were under the impression the appearance was telephonically until late this afternoon. Thank you for your time and courtesies.

- Page 2

SHEPS LAW GROUP, P.C.

*Gregg Opell*
By: Gregg E. Opell, Esq.
*Attorneys for Plaintiffs*
25 High Street
Huntington, New York 11743
(631) 249-5600

Cc:
Kelly A. Hodges, Esq.
HODGES WALSH & BURKE, LLP

---

Application **GRANTED**. The **in-person** status conference scheduled for October 28, 2021 is rescheduled to November 30, 2021 at 3:30 p.m.

**Ona T. Wang**                    10/27/2021
United States Magistrate Judge