UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WESCO INSURANCE COMPANY,**<br><br>                                        **Plaintiff,**<br><br>-against-<br><br>**ELECTROLUX HOME PRODUCTS INC.,**<br><br>                                        **Defendant.** | **18-cv-2476 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   November 30, 2021
              New York, New York

                                                                  *(signature)*
                                                                  _____
                                                                  **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**